# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D19-1085

———————————————————

JAMAL MARQUISE LAMONT
WILLIAMS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Angela M. Cox, Judge.

October 14, 2019

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, OSTERHAUS, and JAY, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Andy Thomas, Public Defender, and M.J. Lord, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.